No. 10–11054. MURPHY *v.* KOLLAR-KOTELLY, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL. C. A. 6th Cir. Because the Court lacks a quorum, 28 U. S. C. § 1, and since the qualified Justices are of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court." THE CHIEF JUSTICE, JUSTICE SCALIA, JUSTICE KENNEDY, JUSTICE THOMAS, JUSTICE GINSBURG, JUSTICE BREYER, and JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 10–755. DALLAS COUNTY, TEXAS, ET AL. *v.* TEXAS DEMOCRATIC PARTY. Appeal from D. C. N. D. Tex. dismissed as moot.

No. 10–1183. DALLAS COUNTY, TEXAS, ET AL. *v.* TEXAS DEMOCRATIC PARTY. Appeal from D. C. N. D. Tex. Judgment vacated, and case remanded with instructions to enter a fresh judgment from which an appeal may be taken to the United States Court of Appeals for the Fifth Circuit.

No. 10–1202. CHINESE DAILY NEWS, INC. *v.* WANG ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wal-Mart Stores, Inc.* v. *Dukes,* 564 U. S. 338 (2011). JUSTICE BREYER took no

part in the consideration or decision of this petition.

No. 10–1262.  CHINA TERMINAL & ELECTRIC CORP. ET AL. *v.* WILLEMSEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLEMSEN, ET AL.  Sup. Ct. Ore.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *J. McIntyre Machinery, Ltd.* v. *Nicastro,* 564 U. S. 873 (2011).

No. 10–1264.  ALLISON, WARDEN *v.* DIAZ.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harrington* v. *Richter,* 562 U. S. 86 (2011).

No. 10–1405.  TYRUES *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Henderson* v. *Shinseki,* 562 U. S. 428 (2011).

No. 10–9437.  BUTLER *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 405 Fed. Appx. 259; and

No. 10–10334.  WILLIAMS *v.* UNITED STATES.  C. A. 6th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Pepper* v. *United States,* 562 U. S. 476 (2011).

No. 10–10233.  LEONARDO *v.* UNITED STATES.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tapia* v. *United States,* 564 U. S. 319 (2011).

No. 10–10321.  SIMMONS *v.* LAMARQUE, WARDEN, ET AL.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance